Sawyer *v.* Baker.

---

## SAWYER *vs.* BAKER.

If the Clerk omit to affix the seal of the Court to an execution, it may be amended, even after the execution has been extended on lands, and the extent recorded.

At a former term of this Court judgment was rendered for the plaintiff in a suit between these parties, and execution was duly issued ; and extended on the debtor's real estate. After the extent was recorded, and the execution returned to the clerk's office, it was discovered that the clerk had accidentally omitted to affix the seal of the Court to the execution.

And now *Greenleaf* and *Fessenden* for the plaintiff moved the Court for an order to the clerk to amend the execution, by affixing the seal, and cited the following cases to shew that *all* misprisions of the clerk in *judicial* writs may be amended, by *Stat.* 8 *H.* 6. *cap.* 12. 5 *Co.* 35. *b.* 1 *Com. Dig. Amendment, W.* *Campbell*

*v. Stiles* 9 *Mass.* 217. *Burrell v. Burrell* 10 *Mass.* 221. *Young v. Hosmer* 11 *Mass.* 89. *Suydam v. McCoon, Coleman's Cas.* 59. *Phelps v. Ball Colem. Ca.* 66. 1 *Johns. Ca.* 31. *McIntire v Rowan* 3 *Johns.* 144. *White v. Lovejoy* 3 *Johns.* 448. *Buck v. Barnard* 4 *Johns.* 309. *Bissel v. Kip* 5 *Johns.* 89. *Cramer v. Van Alstine* 9 *Johns.* 386. *Pepoon v. Jenkins Colem. Ca.* 55. *Seaman v. Drake* 1 *Caines* 9. *Close v. Gillesbey* 3 *Johns.* 526. *Holmes v. Williams* 3 *Caines* 98.

*Emery* for the defendant.

PER CURIAM. The execution may be amended by having the seal of the Court now affixed. The cases cited by the counsel clearly shew the power of Courts in the correction of errors committed by their clerks in judicial writs.

And it was accordingly amended.